

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2022

No. 04-22-00673-CV

Thelma **GARZA** et al,
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 2022CV01903
Honorable Melissa Vara, Judge Presiding

# O R D E R

On November 29, 2022, appellant filed an emergency motion, seeking to stay execution of a writ of possession. Because appellant did not file the mandatory supersedeas bond, this court cannot grant the requested relief. *See* TEX. PROP. CODE § 24.007 ("A judgment of a county court may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court."); *Marshall v. Housing Authority of City of San Antonio*, 198 S.W.3d 782, 786-87 (Tex. 2006).

Accordingly, we **deny** appellant's motion.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court